# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: _____12-38  M_____

2) Defendant's Name: ___BROOKS_____TALEEK_____
                        (Last)                 (First)               (M.I.)

3) Age:_____

4) Title:_____ Section(s):_____

5) Citizen of:_____ Needs:_____Interpreter

6) Arrest Warrant Issued:_____ Date and time of arrest:_____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding:____Yes ___No   Other District:_____

8) Name of Interpreter used today:_____ Language:_____

9) Arraignment on complaint held:__X_Yes ___No   Date/Time:_____1 /13/12_____

10) Detention Hearing Held:____ Bail set at:_____ ROR Entered:____ POD Entered: ✓

11) Temporary Order of Detention Entered:____ Bail Hearing set for:_____

12) (a) Preliminary Hearing set for:_____; or waived:__✓_____

    (b) Removal Hearing set for:_____; or waived:_____

    (c) Status Conference set for:_____

13) ASSISTANT U.S. ATTORNEY:_____HILARY JAGER_____

14) DEFENSE COUNSEL'S NAME:_____MICHAEL WEIL_____
        Address:_____
        Bar Code:_____ CJA:___ FDNY: X  RET:____
        Telephone Number:(   )_____

15) LOG #: 325-3.30            MAG. JUDGE : RAMON REYES, JR.

16) ____ Defendant was advised of bond conditions by the Court and signed the bond.
    ____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ____Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings:_____

17) Complaint/Affidavit/Indictment unsealed:___Yes ___No

SO ORDERED ON THIS _____ DAY OF _____, 20___

_____
UNITED STATES MAGISTRATE JUDGE