## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** Joan M. Azrack          **DATE:** 1/27/12

**DOCKET NUMBER:** 12-38M          **LOG #:** 2:37 – 2:49

**DEFENDANT'S NAME:** Taleek Brooks
✓ Present   ___ Not Present   ✓ Custody   ___ Bail

**DEFENSE COUNSEL:** Michael Weil
✓ Federal Defender   ___ CJA   ___ Retained

**A.U.S.A:** Robert Polemeni          **DEPUTY CLERK:** Felix Chin

**INTERPRETER:** _____ (Language) _____

_Detention_ Hearing held.   _____ Hearing adjourned to _____

✓ Defendant was released on $100,000 PRB with/without some conditions.

✓ Defendant was advised of bond conditions by the Court and signed the bond.

✓ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.   Code Type ___   Start ___   Stop ___

___ Order of Speedy Trial entered.   Code Type ___   Start ___   Stop ___

___ Defendant's first appearance.   ___ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Status conference set for _____ @ _____ before Judge _____

**OTHERS:** Dfse counsel presented a bail package; govt opposed; court sets bond @ $100,000